ANNE M. PETERSON et al., Respondents, v. MOTOR SALES CO. OF KINGSPORT, INC., et al., Defendants and Third-Party Plaintiffs-Appellants. DONALD PETERSON, Third-Party Defendant.—

848

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.